UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            File no: 1:02-CR-210

                            HON. ROBERT HOLMES BELL

PARIS JAMON MILLER,

    Defendant.
                                      /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) months, followed by a term of supervised release of thirty-four (34) months pursuant to all the terms and conditions contained within the Revocation Judgment entered simultaneously with this Order.

Date:   June 25, 2007                         /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              CHIEF UNITED STATES DISTRICT JUDGE