UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    File No: 1:02-CR-210

    HON. ROBERT HOLMES BELL

PARIS JAMON MILLER,

    Defendant.
    _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket # 44) is approved and adopted as the opinion of the Court.

2. The term of supervised release shall be reduced by 36 days to 32 months and 24 days.

3. The Defendant shall reside for a period of 2 months at the Community Alternatives Program in Grand Rapids, with work release privileges and shall observe the rules of that facility.

IT IS SO ORDERED.

Date:   August 29, 2007        /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE