UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        CASE NO. 1:02-CR-210

v.

                                        HON. ROBERT HOLMES BELL

PARIS JAMON MILLER,

        Defendant.

_____/

**ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United

States Magistrate in this action.  The Report and Recommendation will be conditionally

adopted by this Court pending the time period for filing objections to the report.

        **ACCORDINGLY, IT IS HEREBY ORDERED** that defendant's terms and

conditions of supervised release are amended to include:

> Defendant shall reside for a period of 4 months at the
> Community Alternatives Program in Grand Rapids, Michigan
> with work release privilege and shall observe the rules of that
> facility.

Date:   September 24, 2007        /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        CHIEF UNITED STATES DISTRICT JUDGE